UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

MARK EARL WHITE,

        Plaintiff,          Case No. 1:16-cv-601

v.          Honorable Paul L. Maloney

KEN McKEE,

        Defendants.
_____/

## JUDGMENT

In accordance with the Order issued this date,

**IT IS ORDERED** that the captioned case be and hereby is **DISMISSED** without prejudice for lack of prosecution.

Dated:   July 29, 2016          /s/ Paul L. Maloney
                                                                             Paul L. Maloney
                                                                             United States District Judge